

United States District Court
Eastern District of California

| Doctors Medical Center of Modesto, Inc., et al. | Case Number: 2:25-CV-03245-DJC-CKD |
|---|---|

Plaintiff(s)

V.

| California Nurses Association/National Nurses Organizing Committee | APPLICATION FOR PRO HAC VICE AND ORDER |
|---|---|

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

David R. Anderson _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Doctors Medical Center of Modesto, Inc., et al.

On April 14, 2022 _____ (date), I was admitted to practice and presently in good standing in the

Supreme Court of Texas _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: 11/18/2025 _____     Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: David R. Anderson

Law Firm Name: FordHarrison LLP

Address: 1601 Elm Street

Suite 4000

City: Dallas    State: TX    Zip: 75201

Phone Number w/Area Code: 214-256-4711

City and State of Residence: Richardson, Texas

Primary E-mail Address: danderson@fordharrison.com

Secondary E-mail Address: david.r.anderson0926@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mohammad Shihabi

Law Firm Name: FordHarrison LLP

Address: 350 South Grand Avenue

Suite 2300

City: Los Angeles    State: CA    Zip: 90071

Phone Number w/Area Code: 213-237-2421    Bar # 337819

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 21, 2025

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE