1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC. D/B/A DOCTORS MEDICAL CENTER; DESERT REGIONAL MEDICAL CENTER, INC. D/B/A DESERT REGIONAL MEDICAL CENTER; SAN RAMON REGIONAL MEDICAL CENTER, LLC D/B/A SAN RAMON REGIONAL MEDICAL CENTER; DOCTORS HOSPITAL OF MANTECA, INC. D/B/A DOCTORS HOSPITAL OF MANTECA; HDMC HOLDINGS, L.L.C. D/B/A HI-DESERT MEDICAL CENTER; DOCTORS MEDICAL CENTER OF MODESTO, INC. D/B/A EMANUEL MEDICAL CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE,<br><br>Defendant. | CASE NO.  2:25-cv-03245-CKD<br>*[Assigned to Judge Daniel J. Calabretta]*<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)**<br><br>Motion to Dismiss Complaint Filed: December 15, 2025<br><br>Response to Motion to Dismiss Complaint Due: December 29, 2025 |

Having reviewed the Parties' Stipulation to Extend Time to Respond to Motion to Dismiss Complaint By Not More Than 28 Days (L.R. 144) ("Stipulation"), and good cause appearing therefor, IT IS HEREBY ORDERED, that:

1. The Parties' Stipulation is hereby GRANTED;

2. Plaintiffs Doctors Medical Center of Modesto, Inc. d/b/a Doctors Medical Center; Desert Regional Medical Center, Inc. d/b/a Desert Regional Medical Center; San Ramon Regional Medical Center, LLC d/b/a San Ramon Regional Medical Center; Doctors Hospital of Manteca, Inc. d/b/a Doctors Hospital of Manteca; HDMC Holdings, L.L.C. d/b/a Hi-Desert Medical Center; Doctors Medical Center of Modesto, Inc. d/b/a Emanuel Medical Center's deadline to file a response to Defendant California Nurses Association/National Nurses Organizing Committee's ("Defendant") Motion to Dismiss Complaint is CONTINUED by not more than 28 days Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 144, and section IV of the Court's Standing Order (ECF No. 6-1), from December 29, 2025, to January 16, 2026.

3. Defendant's deadline to file a reply to Plaintiffs' forthcoming response is CONTINUED by not more than 28 days Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rule 144, and section IV of the Court's Standing Order (ECF No. 6-1), from January 8, 2026, to January 26, 2026.

**IT IS SO ORDERED.**

Dated:  December 23, 2025        /s/ Daniel J. Calabretta
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE