|  |  |
|---|---|
| 1 | David B. Willhoite, SBN 294172 |
|   | CALIFORNIA NURSES ASSOCIATION/ |
| 2 | NATIONAL NURSES ORGANIZING COMMITTEE |
|   | LEGAL DEPARTMENT |
| 3 | 155 Grand Ave. |
|   | Oakland, CA 94612 |
| 4 | Telephone: (510) 207-8291 |
|   | Facsimile: (510) 663-4822 |
| 5 | Email: dwillhoite@calnurses.org |

Attorneys for Defendant
CALIFORNIA NURSES ASSOCIATION/
NATIONAL NURSES ORGANIZING COMMITTEE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC. D/B/A DOCTORS MEDICAL CENTER; DESERT REGIONAL MEDICAL CENTER, INC. D/B/A DESERT REGIONAL MEDICAL CENTER; SAN RAMON REGIONAL MEDICAL CENTER, LLC D/B/A SAN RAMON REGIONAL MEDICAL CENTER; DOCTORS HOSPITAL OF MANTECA, INC. D/B/A DOCTORS HOSPITAL OF MANTECA; HDMC HOLDINGS, L.L.C. D/B/A HI-DESERT MEDICAL CENTER; DOCTORS MEDICAL CENTER OF MODESTO, INC. D/B/A EMANUEL MEDICAL CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE, <br><br> Defendant. | Case No. 2:25−CV−03245−DJC−CKD <br><br> District Judge: Daniel J. Calabretta <br> Magistrate Judge: Carolyn K. Delaney <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL; AND ORDER GRANTING WITHDRAWAL OF COUNSEL** <br><br> Complaint Filed: November 7, 2025 |

NOTICE OF WITHDRAWAL OF COUNSEL AND ORDER

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE ("Defendant") hereby removes Nicole J. Daro (CA Bar No. 276948), as one of its attorneys of record pursuant to Local Rule 182(d) due to a leave of absence. Defendant seeks an Order granting the same. David B. Willhoite, Assistant Director of the California Nurses Association/National Nurses Organizing Committee Legal Department, shall continue as counsel of record.

Dated: March 4, 2026                    Respectfully submitted,

                                        CALIFORNIA NURSES ASSOCIATION/
                                        NATIONAL NURSES ORGANIZING
                                        COMMITTEE LEGAL DEPARTMENT


                                        /s/ David B. Willhoite
                                        David B. Willhoite
                                        Attorney for Defendant
                                        California Nurses Association/
                                        National Nurses Organizing Committee

**ORDER**

**IT IS SO ORDERED.**

Dated: March 5, 2026                    /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE