Mohammad B. Shihabi (SBN 337819)
mshihabi@fordharrison.com
FORD HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone: (213) 237-2400
Facsimile:  (213) 237-2401

David R. Anderson (Texas Bar No. 24128388)
danderson@fordharrison.com
*[Pro Hac Vice Forthcoming]*
FORD HARRISON LLP
1601 Elm Street, Suite 4000
Dallas, TX 75201
Telephone: (214) 256-4700
Facsimile:  (214) 256-4701

Jacob N. Koch (George Bar No. 437425)
jkoch@fordharrison.com
*[Pro Hac Vice Forthcoming]*
FORD HARRISON LLP
271 17th Street, NW, Suite 1900
Atlanta, GA 30363
Telephone: (404) 888-3955
Facsimile:  (404) 888-3863

Attorneys for Plaintiffs
DOCTORS MEDICAL CENTER OF
MODESTO, INC. D/B/A DOCTORS
MEDICAL CENTER, DESERT REGIONAL
MEDICAL CENTER, INC. D/B/A DESERT
REGIONAL MEDICAL CENTER, SAN
RAMON REGIONAL MEDICAL CENTER,
LLC D/B/A SAN RAMON REGIONAL
MEDICAL CENTER, DOCTORS HOSPITAL
OF MANTECA, INC. D/B/A DOCTORS
HOSPITAL OF MANTECA, HDMC
HOLDINGS, L.L.C. D/B/A HI-DESERT
MEDICAL CENTER, and DOCTORS
MEDICAL CENTER OF MODESTO, INC.
D/B/A EMANUEL MEDICAL CENTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOCTORS MEDICAL CENTER OF MODESTO, INC. D/B/A DOCTORS MEDICAL CENTER; DESERT REGIONAL MEDICAL CENTER, INC. D/B/A DESERT REGIONAL MEDICAL CENTER; SAN RAMON REGIONAL | CASE NO.  2:25-cv-03245-DJC-CKD **JOINT NOTICE OF CONTINGENT SETTLEMENT** |

JOINT NOTICE OF CONTINGENT SETTLEMENT

MEDICAL CENTER, LLC D/B/A SAN RAMON REGIONAL MEDICAL CENTER; DOCTORS HOSPITAL OF MANTECA, INC. D/B/A DOCTORS HOSPITAL OF MANTECA; HDMC HOLDINGS, L.L.C. D/B/A HI-DESERT MEDICAL CENTER; DOCTORS MEDICAL CENTER OF MODESTO, INC. D/B/A EMANUEL MEDICAL CENTER,

                Plaintiffs,

                v.

CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE,

                Defendant.

Plaintiffs Doctors Medical Center of Modesto, Inc. d/b/a Doctors Medical Center; Desert Regional Medical Center, Inc. d/b/a Desert Regional Medical Center; San Ramon Regional Medical Center, LLC d/b/a San Ramon Regional Medical Center; Doctors Hospital of Manteca, Inc. d/b/a Doctors Hospital of Manteca; HDMC Holdings, L.L.C. d/b/a Hi-Desert Medical Center; Doctors Medical Center of Modesto, Inc. d/b/a Emanuel Medical Center (collectively, the "Hospitals") and Defendant California Nurses Association/National Nurses Organizing Committee (the "Union") (collectively "Parties") hereby file this Joint Notice of Contingent Settlement.

The Parties have reached settled the above-captioned action contingent on certain terms the Parties expect will (or will not) be satisfied on or before March 31, 2026. The Parties will promptly notify the Court once the contingencies have been satisfied or if the settlement is not finalized. In the interim, the Parties stipulate that all pending deadlines are stayed in this case.

/ / /

Ford & Harrison
LLP
Attorneys At Law
Los Angeles

- 2 -

JOINT NOTICE OF CONTINGENT SETTLEMENT

Dated:  March 24, 2026

Respectfully submitted,
FORD HARRISON LLP


By: */s/ Mohammad B. Shihabi*

MOHAMMAD B. SHIHABI
DAVID ROGER ANDERSON
JACOB N. KOCH
Attorneys for Plaintiffs,
DOCTORS MEDICAL CENTER OF MODESTO, INC. D/B/A DOCTORS MEDICAL CENTER, DESERT REGIONAL MEDICAL CENTER, INC. D/B/A DESERT REGIONAL MEDICAL CENTER, SAN RAMON REGIONAL MEDICAL CENTER, LLC D/B/A SAN RAMON REGIONAL MEDICAL CENTER, DOCTORS HOSPITAL OF MANTECA, INC. D/B/A DOCTORS HOSPITAL OF MANTECA, HDMC HOLDINGS, L.L.C. D/B/A HI-DESERT MEDICAL CENTER, and DOCTORS MEDICAL CENTER OF MODESTO, INC. D/B/A EMANUEL MEDICAL CENTER

Dated:  March 24, 2026

CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE LEGAL DEPARTMENT


By: /s/ David B. Willhoite
 DAVID. B. WILLHOITE
Attorneys for Defendant,
CALIFORNIA NURSES ASSOCIATION/NATIONAL NURSES ORGANIZING COMMITTEE

JOINT NOTICE OF CONTINGENT SETTLEMENT

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES